IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY LEE HENSON,            )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>                              )<br>VENTRESS CORRECTIONAL         )<br>FACILITY, et al.,             )<br>                              )<br>    Defendants.               ) | CIVIL ACTION NO.<br>2:16cv598-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit requesting to be transferred to another prison where he feels he will receive better health care and be closer to his family. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. The magistrate judge characterizes plaintiff's claim as follows: "Plaintiff does not allege that he is denied medical care for his mental health issues at Ventress. Rather, he alleges in conclusory fashion that the mental health

services at Ventress are subpar to the services provided at Limestone." Report and Recommendation (doc. no. 7) at 4. Plaintiff does not object to the recommendation or this characterization of his claim. After an independent and de novo review of the record, and based on the court's understanding that plaintiff does not object to the recommendation's characterization of his claim, the court concludes that the magistrate judge's recommendation should be adopted.

    An appropriate judgment will be entered.

    DONE, this the 14th day of December, 2016.

                                 /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**